. v.

**Gary BROWN, Appellant.**

No. 70165.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 15, 1997.

**STATE of Missouri, Plaintiff/Respondent,**

v.

**David TURNER, Respondent/Appellant.**

No. 69746.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 15, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for respondent/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

PER CURIAM.

David Turner appeals his sentence of concurrent terms of life and three years imprisonment following the jury's verdict finding him guilty of first degree murder and armed criminal action.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rule 30.25(b).